FILED
CLERK, U.S. DISTRICT COURT
NOV - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6 /ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NAOMI ARCURI, | Case No. EDCV 09-01998 JFW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| MARY LATTIMORE, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: November 5, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY